443 A.2d 383

Commonwealth v. Murray, Appellant.

 Submitted June 22, 1981. H. Stanley Rebert, Public Defender, for appellant; Thompson J. McCullough, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, BECK and JOHNSON, JJ.

The judgment of sentence is affirmed.